IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID THOMPSON,

      Plaintiff,                       No. CIV S-09-2157 DAD P

    vs.

PERRY RENIFF, et al.,

      Defendants.               <u>ORDER FOR PAYMENT</u>

                                 /        OF INMATE FILING FEE

To: The Sheriff of Butte County, Attention: Inmate Trust Account, 33 County Center Drive, Oroville, California 95965:

        Plaintiff, a county jail inmate proceeding pro se and in forma pauperis, is obligated to pay the statutory filing fee of $350.00 for this action. Plaintiff is obligated to make monthly payments in the amount of twenty percent of the preceding month's income credited to plaintiff's trust account. The Sheriff of Butte County is required to send to the Clerk of the Court the initial partial filing fee and thereafter payments from plaintiff's trust account each time the amount in the account exceeds $10.00, until the statutory filing fee of $350.00 is paid in full. 28 U.S.C. § 1915(b)(2).

/////

/////

1

1	Good cause appearing therefore, IT IS HEREBY ORDERED that:

2	1. The Sheriff of Butte County or a designee shall collect monthly payments from
3	plaintiff's trust account in an amount equal to twenty percent (20%) of the preceding month's
4	income credited to the inmate's trust account and shall forward those payments to the Clerk of
5	the Court each time the amount in the account exceeds $10.00 in accordance with 28 U.S.C.
6	§ 1915(b)(2) until a total of $350.00 has been collected and forwarded to the Clerk of the Court.
7	The payments shall be clearly identified by the name and number assigned to this action.

8	2. The Clerk of the Court is directed to serve a copy of this order and a copy of
9	plaintiff's signed in forma pauperis affidavit on the Sheriff of Butte County, 33 County Center
10	Drive, Oroville, California 95965.

11	3. The Clerk of the Court is directed to serve a copy of this order on the Financial
12	Department of the court.

13	DATED: September 11, 2009.

14
15	_____
        DALE A. DROZD
16	DAD:9                                    UNITED STATES MAGISTRATE JUDGE
	thom2157.butte
17